# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Kathleen Ray,

    Appellant

vs.

FFMLT Trust 2005-FF8, et al.,

    Appellees

2:17-cv-02384-JAD

**Order**

(ECF No. 7)

Appellant Kathleen Ray moves ex parte to extend the briefing schedule in this bankruptcy appeal. ECF No. 7. Ex parte requests are not permitted; requests for relief must be served on all parties. *See* LR IA 7-1(b). If Ray wants to extend the briefing deadlines, she must file a motion that complies with Local Rule IA 6-1, which can be found on the court's website at https://www.nvd.uscourts.gov.

Accordingly, the Appellant's Ex Parte First Motion for a Five Day Extension of Time to File Opening Brief and Excerpt of Record **[ECF No. 7] is DENIED** without prejudice to her ability to file a new motion on a non-ex parte basis.

DATED: October 23, 2017

                                  _____
                                  Jennifer A. Dorsey
                                  United States District Judge