# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kathleen Ray, | Case No.: 2:17-cv-02384-JAD |
|     Appellant | |
| v. | **Order Denying Motion** |
| Deutsche Bank National Trust Co., as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificate Series, Its Assignees and Successors, | [ECF No. 28] |
|     Appellee | |

    Bankruptcy Appellant Kathleen Ray moves this court to "correct" its order affirming a Bankruptcy Court ruling and expunging a lis pendens. Because Ray has not demonstrated with her single-page motion that she is entitled to the relief she seeks, IT IS HEREBY ORDERED that Ray's Ex Parte Rule 59 Motion to Alter, Amend Judgment, Alternative Rule 60 Motion to Correct Clerical Error **[ECF No. 28] is DENIED.**

    Dated: January 8, 2021

_____
U.S. District Judge Jennifer A. Dorsey